UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM L. SHARFF and<br>MARY L. SHARFF,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ZIMMER, INC.,<br>ZIMMER HOLDINGS, INC. and<br>ZIMMER US, INC.,<br><br>          Defendants. | CIV. 19-5083-JLV<br><br>ORDER GRANTING EXTENSION |

Pursuant to defendants' unopposed motion for an extension of deadlines, it is

ORDERED that the motion (Docket 19) is granted and the scheduling order is amended as follows:

1. Defendants' discovery responses and objections, if any, shall be due or before **July 12, 2021**;

2. The identity of and reports from retained experts under Rule 26(a)(2) shall be due from plaintiffs by **September 13, 2021**, and from defendants by **November 15, 2021**; each party shall disclose the identity of and reports from any rebuttal experts by **January 18, 2022**;

3. All discovery, including expert discovery, shall be commenced in time to be completed by **March 18, 2022**;

4. All motions, other than motions *in limine*, together with supporting briefs, shall be filed and served on or before **May 20, 2022**; and

5. Designations, disclosures, and reports under Rule 26(a)(2) are **not** filed with the Clerk.

IT IS FURTHER ORDERED that all other provisions of the court's scheduling order (Docket 13) remain in effect unless specifically changed.

Dated May 10, 2021.

        BY THE COURT:

        /s/ *Jeffrey L. Viken*
        JEFFREY L. VIKEN
        UNITED STATES DISTRICT JUDGE